# ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

Page 1 of 5

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

2012 JUN 12 PM 3: 23

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

Chibueze C. Anaeme
_____
*Plaintiff/Petitioner*

v.

United States of America
_____
*Defendant/Respondent*

Allied Security Holdings, LLC, AlliedBarton Security Services, San Diego Police Department, et al
Co-defendants

)
)
)
)

## 3-12CV-1820M

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: _____     Date: June 5, 2012

1.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property *(such as rental income)* | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $ | $ N/A | $ | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ O | $ N/A | $ O | $ N/A |
| Disability *(such as social security, insurance payments)* | $ O | $ N/A | $ O | $ N/A |
| Unemployment payments | $ O | $ N/A | $ O | $ N/A |
| Public-assistance *(such as welfare)* | $ O | $ N/A | $ O | $ N/A |
| Other *(specify)*: I receive gifts or loans from well-wishers and friends on chance encounters for varied and unpredictable amounts | $ Varies | $ N/A | $ Varies | $ N/A |
| Total monthly income: | $ Varies 0.00 | $ N/A 0.00 | $ Varies 0.00 | $ N/A 0.00 |

2.   List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Unemployed Law student and Independent Contract Clinical and Consultant pharmacist. | c/o General Delivery U.S. Post Office - Midway San Diego, CA 92138 | N/A | $ N/A |
| | | | $ |

3.   List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| | | | $ |
| | | | $ |

4.   How much cash do you and your spouse have? $ 6.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | NONE | $ O | $ O |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* Currently in Controversy | $ 200,000 approx. |
| Other real estate *(Value)* None | $ 0 |
| Motor vehicle #1 *(Value)* Currently in Controversy | $ |
| Make and year: 2007 Toyota Sienna | |
| Model: Sienna (Minivan) | |
| Registration #: Lien Holder - Toyota Financial Services / Larry H. Miller American Toyota, Albuquerque, NM | |
| Motor vehicle #2 *(Value)* Currently in Controversy | $ |
| Make and year: 2005 Dodge Grand Caravan | |
| Model: Dodge Grand Caravan | |
| Registration #: Lien Holder - Franklin Capital Corporation / Zangara Dodge, Albuquerque, NM | |
| Other assets *(Value)* | $ 0 |
| Other assets *(Value)* | $ 0 |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Heritage Security Services San Diego, CA | $ Over $300 million approx | $ N/A |
| Warburg Pincus LLC / Medical Staffing Network, Inc | $ $500 million approx | N/A |
| Walgreen Co | $ $400 million approx | $ N/A |
| San Diego County, CA | Over $400 million approx | N/A |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| None | N/A | N/A |
| | | |
| | | |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.     Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br>    Are real estate taxes included? ☐ Yes ☒ No <br>    Is property insurance included? ☐ Yes ☒ No | $ 0 | $ N/A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 0 | $ N/A |
| Home maintenance *(repairs and upkeep)* | $ 0 | $ N/A |
| Food | $ 450 | $ N/A |
| Clothing | $ 50 | $ N/A |
| Laundry and dry-cleaning | $ 30 | $ N/A |
| Medical and dental expenses | $ 1000 (owed) | $ N/A |
| Transportation *(not including motor vehicle payments)* | $ 300 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 20 | $ N/A |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|    Homeowner's or renter's: | $ 0 | $ N/A |
|    Life: | $ 0 | $ N/A |
|    Health: | $ 0 | $ N/A |
|    Motor vehicle: | $ 0 | $ N/A |
|    Other: See Credit Report | $ | $ N/A |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):* | $ 0 | $ N/A |
| Installment payments  See Credit Report | | |
|    Motor vehicle: Total Bill $14,000 approx | $ | $ N/A |
|    Credit card *(name):* Capital One Visa/Mc, Mellon Bank VISA. | $ | $ N/A |
|    Department store *(name):* Target, Macy's, Mervyn's, J.C Penny - Total Bill $5,000 approx. | $ | $ N/A |
|    Other: Household Finance Corporation, Bank of America, Wells Fargo Bank, Medical Bills - Sharp Hosp. San Diego, Scripp-Mercy | $ | $ N/A |
| Alimony, maintenance, and support paid to others    Hospital, San Diego - Total Bill $150,000 approx | $ 0 | $ N/A |

AO 239  (01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0 | $ N/A |
| Other *(specify)*:  Litigation/Photocopying, mailing etc | $ 360 | $ N/A |
| **Total monthly expenses:** | $ 1210  0.00 | $ N/A  0.00 |

9.  Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☒ Yes   ☐ No     If yes, describe on an attached sheet.  *Increased Litigation expenses and education expenses*

10.  Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes  ☒ No

If yes, how much?  $ ___Dont Know Yet___

If yes, state the attorney's name, address, and telephone number:

N/A

11.  Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?  ☒ Yes  ☐ No

If yes, how much?  $ ___Dont Know Yet___

If yes, state the person's name, address, and telephone number:

Litigation Costs.

12.  Provide any other information that will help explain why you cannot pay the costs of these proceedings.

See Credit Report

13.  Identify the city and state of your legal residence.

Albuquerque, New Mexico

Your daytime phone number: (212) 808 - 0310  Temporary.

Your age: 58    Your years of schooling: 16 years

Last four digits of your social-security number:  0598